STEVEN T. GUBNER - Bar No. 156593
RICHARD D. BURSTEIN - Bar No. 56661
JORGE A. GAITAN - Bar No. 288427
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:   sgubner@bg.law
         rburstein@bg.law
         jgaitan@bg.law

Attorneys for David Seror, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DISTRICT

| | |
|---|---|
| In re<br><br>ALLIANCE FUNDING GROUP, INC.,<br><br>Debtor. | Case No. 1:17-bk-11888-MT<br><br>Chapter 7<br><br>Adv. No. 1:18-ap-01076-MT<br><br>**JOINT STATUS REPORT** |
| DAVID SEROR, solely in his capacity as the CHAPTER 7 TRUSTEE, for the bankruptcy estate of debtor, Alliance Funding Group, Inc.,<br><br>Plaintiff,<br>v.<br><br>RAZMIK ASLANJAN a/k/a Razmik Aslanyin, an individual; *et al.*,<br><br>Defendants. | **Status Conference**:<br>Date:    November 13, 2019<br>Time:   10:00 a.m.<br>Place:   Courtroom 302<br>            United States Bankruptcy Court<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA 91367 |

**TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES CHIEF BANKRUPTCY JUDGE AND PARTIES-IN-INTEREST:**

1. The remaining parties litigant to this adversary proceeding are David Seror, Chapter 7 Trustee ("Trustee") for the bankruptcy estate Alliance Funding Group, Inc. ("Debtor"), and Alexander Usmanov and Natalia Usmanova (collectively referred to as "Defendants") (Trustee and Defendants herein collectively the "Parties"). Pursuant to Order entered 10/24/19 [Doc. 105], setting

1

2203140

1 a status conference for November 13, 2019, at 10:00 a.m., the Parties submit the following Joint

2 Status Conference Report:

3   2. The matter in controversy is whether any liens assertedly held by the Defendants and

4 secured by property formally that of the Debtor located at 1020 E. Providencia Avenue, Burbank,

5 CA 91501, APN# 5620-003-029, County of Los Angeles, State of California ("Providencia") have

6 now, upon the Court's approval of the Trustee's sale of Providencia, attached to the net proceeds of

7 that sale.

8   3. Counsel have undertaken written discovery. The parties believe that additional

9 depositions and document productions are necessary prior to a pre-trial conference, all pertaining to

10 the lien issues described hereinabove.

11   4. The Trustee has taken the depositions of each of the Defendants. The Trustee is trying

12 to serve a deposition subpoena on Dr. Ruvin Feygenberg for a deposition he hopes to occur on

13 November 21, 2019. A prior effort to serve a subpoena for an earlier date was unsuccessful.

14   5. The Defendants served discovery subpoenas on the Debtor and Mr. Firooz Payan,

15 requiring documents production by October 18, 2019 and scheduling depositions on October 25,

16 2019; no documents were produced by October 18, 2019 and there were no appearances on October

17 25, 2019. The Defendants plan to meet and confer with the subpoenaed parties, and if necessary, file

18 motions to compel compliance with both the production and deposition subpoenas served.

19 Depending on the outcome of the efforts referred to in paragraph 4 and 5 herein, further motions or

20 discovery may be necessary.

21   6. To allow time to complete the aforedescribed work, the Parties expect to complete non-

22 expert discovery efforts in April of 2020 and request a pre-trial conference to be scheduled

23 thereafter. The Trustee estimates his side of the case will take 1-2 days at trial. It is unknown at

24 this time how many witnesses he will call and how many exhibits he will use at trial. Defendants

25 estimate their side of the case will take 1-2 to present. It is unknown at this time how many witnesses

26 Defendants will call and how many exhibits they will use at trial.

27   7. The Parties have discussed settlement, but no settlement has been reached. The Parties

28 have not attended mediation and suggest the Court establish a last date for completion of one day of

2203140

mediation by the end of April 2020. The parties look forward to establishing an appropriate scheduling at the within Status Conference.

DATED: October 30, 2019                BRUTZKUS GUBNER

                                       By: /s/ Richard D. Burstein
                                           Richard D. Burstein
                                           Attorneys for David Seror, Chapter 7 Trustee

DATED: October 30, 2019                BARRINGTON LEGAL, INC.

                                       By: [signature]
                                           Scott D. Dyle
                                           Attorneys for Defendants
                                           Alexander Usmanov and Natalia Usmanova

3

2203140

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.**

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 30, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Raffy M Boulgourjian    rboulgourjian@gmail.com
- Reagan E Boyce    rboyce@cr.law
- Richard Burstein    rburstein@bg.law, ecf@bg.law
- Eamon Jafari    jafari@barringtonlegal.com, gould@barringtonlegal.com
- David Seror (TR)    aquijano@bg.law, C133@ecfcbis.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **October 30, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Maureen Tighe
U.S. Bankruptcy Court
21041 Burbank Blvd., #324
Woodland Hills, CA 91367-6603

<u>Counsel for Defendants Usmanovs</u>
Scott D. Dyle
Barrington Legal, Inc.
11601 Wilshire Boulevard, 5th Floor
Los Angeles, CA  90025

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 30, 2019 | JESSICA STUDLEY | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1 PROOF OF SERVICE**